# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVIVSION

JAMES COLE
ADC #156088                                                    PLAINTIFF

v.                    No. 4:19-cv-824-DPM-JTK

NEVADA COUNTY JAIL                                             DEFENDANT

## ORDER

**1.** The Court withdraws the reference.

**2.** Cole filed this *pro se* § 1983 lawsuit about conditions in the Nevada County Jail. Venue is proper in the Western District of Arkansas; and the interests of justice would best be served by transferring this case there. 28 U.S.C. § 1391(b)(1)–(2); 28 U.S.C. § 1406(a). This case is therefore transferred to the United States District Court for the Western District of Arkansas, Texarkana Division. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019